**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to April 2, 2019)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-18-377 | State v. Mesadieu |
| A-18-458 | State v. Perez Rojo |
| A-18-599 | State v. Brown |
| A-18-745 | In re Interest of Dreyvin H. |
| A-18-781 | In re Interest of Kolamarie W. |
| A-18-939,<br>A-18-940 | State v. Gardner |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.